| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296 |
|   | jdiboise@wsgr.com |
| 2 | BRIAN G. MENDONCA, State Bar No. 209728 |
|   | bmendonca@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | One Market, Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105 |
| 5 | Telephone:  (415) 947-2000 |
|   | Facsimile:   (415) 947-2099 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | ACTUATE CORPORATION |

FILED
08 JUN 11 PM 4:08

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

e-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HRL

CV 08 2918

ACTUATE CORPORATION, a Delaware corporation,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK, a Washington corporation,

    Defendant.

CASE NO.:

**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO F.R.C.P. 7.1 AND DISCLOSURE STATEMENT PURSUANT TO L.R. 3-16**

JURY TRIAL DEMANDED

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that (1) plaintiff Actuate Corporation ("Actuate"), does not have a corporate parent; and (2) no public company has a 10% or more ownership interest in Actuate.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that other than the named parties to this action, the only entity which may have a direct, pecuniary interest in the outcome of this action is Washington Mutual, Inc., which is the parent corporation of defendant Washington Mutual Bank.

Dated: June 11, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Brian G. Mendonca
Brian G. Mendonca

Attorneys for Plaintiff
ACTUATE CORPORATION