```
 1  JAMES A. DiBOISE, State Bar No. 83296
    jdiboise@wsgr.com
 2  BRIAN G. MENDONCA, State Bar No. 209728
    bmendonca@wsgr.com
 3  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 4  One Market, Spear Tower, Suite 3300
    San Francisco, CA 94105
 5  Telephone: (415) 947-2000
    Facsimile:  (415) 947-2099
 6
    Attorneys for Plaintiff
 7  ACTUATE CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation,<br><br>             Defendant. | CASE NO.: CV 08 2918<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>JURY TRIAL DEMANDED |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge in the San Francisco Division.

Dated: June 20, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


                                        By:  /s/
                                             _____
                                             Brian G. Mendonca

                                        Attorneys for Plaintiff
                                        ACTUATE CORPORATION

# CERTIFICATE OF SERVICE

I, Shirley R. Frazier, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105.

On this date, I served:

1. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Susan R. Taylor
Washington Mutual Bank
1301 2nd Avenue
Seattle, WA 98101

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on June 20, 2008.

*/s/ Shirley R. Frazier*
Shirley R. Frazier