**United States District Court**
For the Northern District of California

1

2                    UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

6

7

Acutate Corporation, a Delaware corporation,        No. C08-02918

8
              Plaintiff,
9
   v.                                         **CLERK'S NOTICE OF IMPENDING**
10                                            **REASSIGNMENT TO A UNITED**
Washington Mutual Bank, a Washington          **STATES DISTRICT JUDGE**
11 Corporation,

12            Defendant.

13 _____/

14

15         The Clerk of this Court will now randomly reassign this case to a United States

16 District Judge because one or more of the parties has requested reassignment to a United States

17 District Judge or has not consented to jurisdiction by a Magistrate Judge.

18         PLEASE TAKE NOTICE that a Case Management Conference in the above-

19 entitled matter which was previously set for September 30, 2008  before the Honorable Judge

20 Howard R. Lloyd has been vacated.

21

22

23

24

25

26 Dated: June 23, 2008                        RICHARD W. WIEKING,
                                               United States District Court
27

28                                              _/s/ Patty Cromwell_____
                                               By: Patty Cromwell
                                               Courtroom Deputy Clerk to
                                               Magistrate Judge Howard R. Lloyd

1

2    THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4    James A. DiBoise      jdiboise@wsgr.com, cjohnston@wsgr.com

5    Brian Gregory Mendonca      bmendonca@wsgr.com, cjohnston@wsgr.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California