| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| WILSON SONSINI GOODRICH & ONE MARKET, SPEAR TOWER SUITE 3300 SAN FRANCISCO CA 94105 | 415.947.2000 Ref. No. or File No. | |
| ATTORNEY FOR | | |
| Insert name of court and name of judicial district and branch if any. | | |

| SHORT TITLE OF CASE: ACTUATE CORP V WASHINGTON MUTUAL BANK |||||
|---|---|---|---|---|
| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
| 064673 | | | | CV082918 |

PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE COPIES OF THE:

   SUMMONS & COMPLAINT
   JURY TRIAL DEMAND
   EXHIBITS A,B
   ORDER SETTING INITIAL CASE MANAGEMENTCONFERENCE AND ADR DEADLINES
   UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
   MAGISTRATE JUDGE HOWARD R. LLOYD
   STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
   NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
   CONSENT TO PROCESS BEFORE A UNITED STATES MAGISTRATE JUDGE
   DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
   WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION
   DROP BOX FILING PROCEDURES
   CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA
   PUBLIC NOTICE
   UCF REGISTRATION INFORMATION HANDOUT
   CIVIL COVER SHEET

2. a. PARTY SERVED:  WASHINGTON MUTUAL BANK
                     By Serving: Jamie Buehl, Legal Department

   b. PERSON SERVED: WASHINGTON MUTUAL BANK
                     By Serving: Jamie Buehl, Legal Department

   c. ADDRESS: 1301 2nd Avenue
               Seattle WA 98101

LEGAL PURSUIT, INC
22 WEST ST. JOHN STREET
SAN JOSE, CA 95113
408-288-4105 FAX 408-885-9577

d. Registered California process server
(1) [  ] Employee or [ X ] Independent Contractor
(2) Registration No. 0639705
(3) County: WASHINGTON
(4) Expiration: 2009

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 06/20/08                                     > CONTINUED ON THE NEXT PAGE

CONFORMS WITH JUDICIAL COUNCIL FORM # 982    SIGNATURE  *Jamie Buehl*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| WILSON SONSINI GOODRICH & ONE MARKET, SPEAR TOWER SUITE 3300 SAN FRANCISCO CA 94105 | 415.947.2000 Ref. No. or File No. | |
| ATTORNEY FOR | | |
| Insert name of court and name of judicial district and branch if any. | | |
| SHORT TITLE OF CASE: ACTUATE CORP V WASHINGTON MUTUAL BANK | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 064673 | | | | CV082918 |

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 06/20/08 AT 12:25PM

5. PERSON SERVING: JAMIE BUEHL         FEE FOR SERVICE:$    255.00

LEGAL PURSUIT, INC
22 WEST ST. JOHN STREET
SAN JOSE, CA 95113
408-288-4105 FAX 408-885-9577

d. Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 0639705
(3) County: WASHINGTON
(4) Expiration: 2009

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 06/20/08

CONFORMS WITH JUDICIAL COUNCIL FORM # 982    SIGNATURE  /s/ Jamie Buehl