1  SCOTT J. STILMAN, ESQ., SBN 120239
   THERESA MARCHLEWSKI, ESQ. SBN 82429
2  OFFICE OF THE GENERAL COUNSEL
   9200 OAKDALE AVENUE, SEVENTH FLOOR
3  MAIL STOP N110701
   CHATSWORTH, CALIFORNIA 91311
4  Telephone: (818) 775-7856
   Facsimile: (818) 349-2734
5
   Attorneys for Defendants,
6  WASHINGTON MUTUAL BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ACTUATE CORPORATION, a Delaware corporation, | CASE NO. CV08-2918 SI |
|---|---|
| Plaintiff, | Hon. Susan Illston<br>Courtroom 10 |
| vs. | CERTIFICATE OF INTERESTED PARTIES |
| WASHINGTON MUTUAL BANK, a Washington corporation, | |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant Washington Mutual Bank, erroneously sued and served herein as Washington Mutual Bank, certifies that said

1 listed party has a direct and pecuniary interest in the outcome of this case. This
2 representation is made to enable the Court to evaluate possible disqualification or
3 recusal.

OFFICE OF THE GENERAL COUNSEL

Dated:  July 11, 2008                    By:_____/s/_____
                                              SCOTT J. STILMAN
                                              Attorney for Defendant,
                                              Washington Mutual Bank