```
 1  SCOTT J. STILMAN, ESQ., SBN 120239
    THERESA MARCHLEWSKI, ESQ. SBN 82429
 2  OFFICE OF THE GENERAL COUNSEL
    9200 OAKDALE AVENUE, SEVENTH FLOOR
 3  MAIL STOP N110701
    CHATSWORTH, CALIFORNIA 91311
 4  Telephone: (818) 775-7856
    Facsimile: (818) 349-2734
 5
    Attorneys for Defendants,
 6  WASHINGTON MUTUAL BANK
 7
 8
 9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION
13
14  ACTUATE CORPORATION, a Delaware    CASE NO.  CV08-2918 SI
    corporation,
15                                     Hon. Susan Illston
                                       Courtroom 10
16           Plaintiff,
17
    vs.                                STIPULATION TO EXTEND TIME TO
18                                     FILE RESPONSE TO PLAINTIFF'S
                                       COMPLAINT
19
    WASHINGTON MUTUAL BANK, a
20  Washington corporation,
21
             Defendants.
22  //
23  //
24  //
25  //
26  //
27  //
28
                             1
              STIPULATION TO EXTEND TIME TO RESPOND
```

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

It is hereby stipulated by and between Defendant Washington Mutual Bank and Plaintiff Actuate Corporation, through their respective counsel of record, that the response of Washington Mutual Bank to Plaintiff's Complaint, due on or before July 10, 2008, shall be extended to July 24, 2008.

Dated: July 7, 2008

WILSON SONSINI GOODRICH & ROSATI

By: _____
JAMES A. DIBOISE,
Attorney for Plaintiff, Actuate Corporation

Dated: July 8, 2008

OFFICE OF THE GENERAL COUNSEL

By: _____
SCOTT J. STILMAN
Attorney for Defendant,
Washington Mutual Bank

2

STIPULATION TO EXTEND TIME TO RESPOND