1  JAMES A. DiBOISE, State Bar No. 83296
   jdiboise@wsgr.com
2  BRIAN G. MENDONCA, State Bar No. 209728
   bmendonca@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105
5  Telephone:  (415) 947-2000
   Facsimile:   (415) 947-2099
6
   Attorneys for Plaintiff
7  ACTUATE CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   ACTUATE CORPORATION, a Delaware        )    CASE NO.:  CV 08-2918 SI
11 corporation,                           )
                                          )   **PLAINTIFF ACTUATE**
12              Plaintiff,                 )   **CORPORATION'S MOTION TO**
                                          )   **PERMIT WITHDRAWAL AND**
13       v.                               )   **SUBSTITUTION OF COUNSEL AND**
                                          )   **[PROPOSED] ORDER GRANTING**
14 WASHINGTON MUTUAL BANK, a              )   **MOTION FOR WITHDRAWAL AND**
   Washington corporation,                )   **SUBSTITUTION OF COUNSEL**
15                                         )
                Defendant.                 )
16                                         )
                                          )
17 ──────────────────────────────────     )

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 7-11 and 11-5, Plaintiff Actuate Corporation ("Actuate")

2    hereby moves the Court for an order permitting the withdrawal of its counsel of record, James A.

3    DiBoise and Brian G. Mendonca of Wilson Sonsini Goodrich & Rosati ("WSGR") and the

4    appearance of substitute counsel, Daniel J. Bergeson and Donald P. Gagliardi of Bergeson, LLP

5    ("Bergeson"), on its behalf in this action.  Actuate respectfully submits that said substitution of

6    counsel is in the interests of justice.

7    Actuate, WSGR and Bergeson consent to such withdrawal and substitution of counsel.

8    Accordingly, Actuate respectfully requests that the Court enter an Order reflecting this

9    change, and that all necessary changes be made to the Court's records and ECF, and that all

10    future communications regarding this case be directed to the following:

11    DANIEL J. BERGESON, State Bar No. 105439
      dbergeson@be-law.com
12    DONALD P. GAGLIARDI, State Bar No. 138979
      dgagliardi@be-law.com
13    Bergeson, LLP
      303 Almaden Blvd.
14    Suite 500
      San Jose, CA 95110
15    Phone: (408) 291-6200
      Fax: (408) 297-6000
16

17    Defendant's counsel Scott Stilman was informed of the proposed substitution by e-mail

18    on July 16, 2008.

19    This motion is not made for purposes of delay or any other improper purpose.

20    WHEREFORE, Actuate respectfully requests that this Court enter its Order permitting

21    withdrawal and substitution of counsel for Actuate, and update the Court's records and ECF

22    system for this case by removing as counsel of record James DiBoise and Brian Mendonca of

23    Wilson Sonsini Goodrich & Rosati and substituting in their place Daniel Bergeson and Donald

24    Gagliardi of Bergeson, LLP as counsel of record for Actuate.

25

26

27

28

1    Dated:  July 16, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
2                                             JAMES A. DiBOISE, State Bar No. 83296
                                              BRIAN G. MENDONCA, State Bar No. 209728
3

4                                             By: /s/
                                                   Brian G. Mendonca
5                                                  bmendonca@wsgr.com

6
     Dated:  July 16, 2008                    ACTUATE CORPORATION
7

8                                             By: /s/
                                                   Thomas McKeever
9

10   Dated:  July 16, 2008                    BERGESON, LLP
                                              DANIEL J. BERGESON, State Bar No. 105439
11                                            DONALD P. GAGLIARI, State Bar No. 138979

12

13                                            By: /s/
                                                   Daniel J. Bergeson
14                                                 dbergeson@be-law.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        I, Brian G. Mendonca, am the ECF User whose identification and password are being used

2    to file **PLAINTIFF ACTUATE CORPORATION'S MOTION FOR SUBSTITUTION OF**

3    **COUNSEL AND [PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF**

4    **COUNSEL.**  In compliance with General Order 45.X.B, I hereby attest that Thomas McKeever

5    and Daniel Bergeson have concurred in this filing.

6

7    Dated July 16, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

8                                           By:  Brian G. Mendonca
9                                                Brian G. Mendonca

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2      Having reviewed and considered Plaintiff Actuate Corporation's Motion for An Order

3   Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby

4   orders that James DiBoise and  Brian Mendonca of Wilson Sonsini Goodrich & Rosati ("WSGR")

5   be permitted to withdraw as counsel of record for Actuate Corporation and Daniel Bergeson and

6   Donald Gagliardi of Bergeson, LLP ("Bergeson") may appear as substitute counsel of record for

7   Actuate Corporation.  The Court's ECF system shall be updated to reflect these changes.

8

9

10   DATED: _____, 2008       _____

11                                       Honorable Susan Illston
                                         United Sates District Judge
12                                       Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Shirley R. Frazier, declare:

I am employed in San Francisco County, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105.

On this date, I served:

1.  **PLAINTIFF ACTUATE CORPORATION'S MOTION TO PERMIT WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

☒  By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Scott J. Stilman
Assistant General Counsel
First Vice President
Washington Mutual Bank
Legal Dept. (N110701)
9200 Oakdale Avenue
Chatsworth, CA 91311

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above.  In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at San Francisco, California on July 16, 2008.

Shirley R. Frazier

-1-

3387734

Certificate of Service
Case No. CV 08 2918