1  Benjamin K. Riley (SBN 112007)
   **HOWREY LLP**
2  525 Market Street, Suite 3600
   San Francisco, California 94105
3  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
4
   Attorneys for Defendant
5  WASHINGTON MUTUAL BANK

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 | ACTUATE CORPORATION, a Delaware corporation, | Case No. CV 08-2918 SI |
   | Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |
   | vs. | Judge: Hon. Susan Illston |
   | WASHINGTON MUTUAL BANK, a Washington corporation, | |
   | Defendant. | |

1  Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Actuate
2  Corporation and Defendant Washington Mutual Bank, through their respective counsel, that the
3  response of Washington Mutual Bank to Plaintiff's Complaint, currently due on or before
4  July 24, 2008, shall be extended to August 7, 2008.
5  The parties have previously agreed to one two-week extension of Washington Mutual Bank's
6  time to respond to the Complaint.
7  IT IS SO STIPULATED.

8  Dated: July 22, 2008                       BERGESON, LLP

10                                            By:  */s/ Daniel J. Bergeson*
                                                     Daniel J. Bergeson
11                                                   Attorneys for Plaintiff
                                                     ACTUATE CORPORATION

14  Dated: July 22, 2008                      HOWREY LLP

16                                            By:  */s/ Benjamin K. Riley*
                                                     Benjamin K. Riley
17                                                   Attorneys for Defendant
                                                     WASHINGTON MUTUAL BANK

---

**HOWREY LLP**

Case No. CV 08-2918 SI                                    -1-
STIPULATION TO EXTEND TIME TO FILE RESPONSE
TO COMPLAINT

DM_US:21357424_1

# CERTIFICATION BY BENJAMIN K. RILEY PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the State of California, and am a partner with the law firm of Howrey LLP, counsel for Defendant Washington Mutual Bank. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on July 22, 2008.

*/s/ Benjamin K. Riley*
Benjamin K. Riley