DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
HWAY-LING HSU, Bar No. 196178
hhsu@be-law.com
JULIA CHUNG, Bar No. 253358
jchung@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
ACTUATE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation,<br><br>Defendant. | Case No. C08-2918 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ACTUATE CORPORATION'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br>    **[Fed.R.Civ.P. 12(f)]**<br><br>Date: October 17, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: Susan Illston<br><br>Complaint Filed:   June 11, 2008<br>Trial Date:          None Set |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE    CASE NO. C08-2918 SI

1  This matter having come before the Court on the Motion of plaintiff Actuate Corporation for an Order striking affirmative defenses one through twelve and fourteen through eighteen, set forth in the Answer to Complaint for Breach of Contract and Copyright Infringement ("Answer") filed by defendant Washington Mutual Bank;

AND, the Court having read the Notice of Motion and Motion, the memorandum of points and authorities submitted in support of the motion, the complete files and records in this action, and the arguments of Counsel;

AND, good cause appearing;

**IT IS HEREBY ORDERED THAT:**

1.  Actuate's motion to strike the first, second, third, fourth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, fourteenth, fifteenth, sixteenth, seventeenth, and eighteenth affirmative defenses set forth in the Answer, is granted.

Dated: _____, 2008        By: _____
                                  Honorable Susan Illston
                                  United States District Judge

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE    CASE NO. C08-2918 SI