IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ACUTATE CORPORATION,  No. C 08-02918SI

    Plaintiff,  **NOTICE**

v.

WASHINGTON MUTUAL BANK,

    Defendant.
    _____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to strike has been continued to Friday, November 7, 2008, at 9:00 a.m.

Dated: August 29, 2008      RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk