Benjamin K. Riley (112007)
Jayne Laiprasert (256930)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. AS
ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a Delaware corporation,<br><br>               Plaintiff,<br><br>     vs.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation,<br><br>               Defendant. | Case No. CV 08-2918 SI<br><br>**NOTICE OF SUBSTITUTION OF PARTY** |

### NOTICE OF SUBSTITUTION OF PARTY

JPMorgan Chase Bank, N.A. ("JPMCB"), in its capacity as acquirer of certain assets and liabilities of Defendant Washington Mutual Bank, by and through its attorneys, hereby files this notice of substitution of JPMBC for defendant Washington Mutual Bank ("Washington Mutual") and respectfully states:

1.  JPMCB is a corporation incorporated under the laws of the state of Delaware with its headquarters at 270 Park Avenue, New York, New York 10017-2070.

2.  On September 25, 2008, the Federal Office of Thrift Supervision placed Washington Mutual into receivership.  Subsequently, Washington Mutual's loan portfolio and banking operations, or parts thereof, were sold to JP Morgan Chase Bank, N.A. ("JPMCB") pursuant to the Purchase and Sale Agreement (the "Purchase and Sale Agreement") dated September 25, 2008, between the Federal Deposit Insurance Organization as Receiver for Washington Mutual, as Seller, and JPMCB, as Purchaser.

3.  On or about January 23, 2009, pursuant to the Purchase and Sale Agreement, JPMCB assumed the licenses between Washington Mutual and Actuate.

WHEREFORE, JPMCB, as acquirer of certain assets and liabilities for Washington Mutual, provides notice of substitution of JPMCB as the proper party in this action in the place and stead of Washington Mutual and for all other and further relief to which it may show itself to be entitled.

Dated:  February 2, 2009

**HOWREY LLP**

By: _/s/ Jayne Laiprasert_____
    Jayne Laiprasert

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. AS
ACQUIRER OF CERTAIN ASSETS AND
LIABILITIES OF WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Susan Illston
NORTHERN DISTRICT OF CALIFORNIA

**HOWREY LLP**

Case No.  CV 08-2918 SI
NOTICE OF SUBSTITUTION OF PARTY

DM_US:21851028_1

-1-