Benjamin K. Riley (SBN 112007)
rileyb@howrey.com
Jayne Laiprasert (SBN 256930)
laiprasertj@howrey.com
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant
JP MORGAN CHASE BANK, N.A., AS
ACQUIRER OF CERTAIN ASSETS AND LIABILITIES
OF WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation,<br><br>Defendant. | Case No. CV 08-2918 SI<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. Susan Illston<br><br>Trial Date: December 7, 2009 |

# STIPULATION

Pursuant to Local Rule 6-2(a), Defendant JP Morgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank ("Washington Mutual"), and Plaintiff Actuate Corporation ("Actuate"), through their respective counsel, hereby submit this joint stipulation and proposed Order.

WHEREAS, this Court has set a Further Case Management Conference in this case for Friday, June 19, 2009, at 3 pm;

WHEREAS, Counsel for Washington Mutual now has a conflict on June 19; and

WHEREAS, the parties have agreed to continue the Further Case Management Conference by one week, to Friday, June 26, if that date is convenient for the Court.

ACCORDINGLY, the parties request that the Further Case Management Conference be continued until **Friday, ~~June 26~~ July 10, 2009**, **at 3 pm**, or some other date and time thereafter convenient for the Court.

IT IS SO STIPULATED.

Dated: May 7, 2009                     BERGESON, LLP

                                        By:      /s/ Hway-Ling Hsu
                                                 Hway-Ling Hsu

                                        Attorneys for Plaintiff
                                        ACTUATE CORPORATION


Dated: May 7, 2009                     HOWREY LLP

                                        By:      /s/ Benjamin K. Riley
                                                 Benjamin K. Riley

                                        Attorneys for Defendant
                                         JP MORGAN CHASE BANK, N.A.,
                                         AS ACQUIRER OF CERTAIN ASSETS
                                         AND LIABILITIES OF
                                         WASHINGTON MUTUAL BANK

Case No. CV 08-2918 SI                  -1-
STIPULATION TO CONTINUE CMC;
**HOWREY LLP** [PROPOSED] ORDER

DM_US:22121432_1

**[PROPOSED] ORDER**

Pursuant to the stipulation of counsel, and good cause shown therefor, it is hereby ordered that the Further Case Management Conference in this matter shall be held on ~~June~~ July 10, 2009, at 3 p.m.

_____
Hon. Susan Illston
United States District Judge

Case No. CV 08-2918 SI
STIPULATION TO CONTINUE CMC;
[PROPOSED] ORDER

-2-

HOWREY LLP

DM_US:22121432_1

**CERTIFICATION BY BENJAMIN K. RILEY PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the State of California, and am a partner with the law firm of Howrey LLP, counsel for Washington Mutual. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on May 7, 2009.

                                                      /s/ Benjamin K. Riley  
                                                        Benjamin K. Riley