1  JAMES A. DiBOISE, Bar No. 83296
   jdiboise@wsgr.com
2  CHARLES T. GRAVES, Bar No. 197923
   tgraves@wsgr.com
3  BRIAN G. MENDONCA, Bar No. 209728
   bmendonca@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105
6  Telephone: (415) 947-2000
   Facsimile:  (415) 947-2099

8  Attorneys for Plaintiff
   ACTUATE CORPORATION

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

| ACTUATE CORPORATION, a Delaware corporation, | Case No. C08-2918 SI |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF ACTUATE CORPORATION** |
| v. | |
| WASHINGTON MUTUAL BANK, a Washington corporation, | Judge: Hon. Judge Susan Illston<br>Court Rm.: 10 |
| Defendant. | Complaint Filed: June 11, 2008<br>Trial Date: December 7, 2009 |

---

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF ACTUATE CORPORATION
Case No. C08-2918 SI

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Actuate Corporation hereby substitutes James A. DiBoise, Esq., e-mail jdiboise@wsgr.com, of WILSON SONSINI GOODRICH & ROSATI, Professional Corporation, One Market, Spear Tower, Suite 3300, San Francisco, California 94105, Telephone: (415) 947-2000, Facsimile: (415) 947-2099, in place of Daniel J. Bergeson of Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California, as its attorney of record in the above-captioned action.

**SUBSTITUTION BASED ON CONSENT**

The undersigned consent to the substitution.

Date: May 29, 2009        ACTUATE CORPORATION

By: /s/ Thomas McKeever
Thomas McKeever, General Counsel

Date: May 29, 2009        WILSON SONSINI GOODRICH & ROSATI

By: /s/ James A. DiBoise
James A. DiBoise

Attorneys for Plaintiff
ACTUATE CORPORATION

Date: May 29, 2009        BERGESON, LLP

By: /s/ Daniel J. Bergeson
Daniel J. Bergeson

**SO ORDERED.**

Date: _____, 2009    By: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

1
NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF ACTUATE CORPORATION
Case No. C08-2918 SI

I, Charles T. Graves, am the ECF User whose identification and password are being used to file this NOTICE OF APPEARANCE AND SUBSTITUION OF COUNSEL FOR PLAINTIFF ACTUATE CORPORATION. In compliance with General Order 45.X.B, I hereby attest that James A. DiBoise, Thomas McKeever and Daniel J. Bergeson have concurred in this filing.

Dated: May 29, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Charles T. Graves
    Charles T. Graves

Attorneys for Plaintiffs
ACTUATE CORPORATION