JAMES A. DIBOISE, State Bar No. 83296
jdiboise@wsgr.com
CHARLES T. GRAVES, State Bar No. 197923
tgraves@wsgr.com
BRIAN G. MENDONCA, State Bar No. 209728
bmendonca@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Plaintiff
ACTUATE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a Delaware corporation, as Acquirer of Certain Assets and Liabilities of WASHINGTON MUTUAL BANK, a Washington corporation,<br><br>Defendant. | CASE NO.: CV 08-2918 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY CUT-OFF DATES**<br><br>Complaint Filed: June 11, 2008<br>Trial Date: December 7, 2009 |

## STIPULATION

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Actuate Corporation ("Actuate") and Defendant JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank ("Washington Mutual"), hereby stipulate to an extension of discovery cut-off dates, as follows:

(1) New counsel recently substituted in for Actuate, and the parties have agreed to extend discovery deadlines in order to allow new counsel time to come up to speed;

(2) As a result, the parties have agreed to extend the following discovery cut-off dates:

| Event | Current Cut-Off Date | New Cut-Off Date |
| --- | --- | --- |
| Close of Fact Discovery | July 20, 2009 | August 10, 2009 |
| Expert Designation | August 3, 2009 | August 26, 2009 |
| Rebuttal Expert Designation | August 24, 2009 | September 9, 2009 |
| Close of Expert Discovery | September 18, 2009 | September 25, 2009 |

(3) The currently set dates for dispositive motions and the trial date (December 7, 2009) shall remain the same. The June 24, 2009 case management conference likewise remains on schedule.

(4) The parties respectfully request that the Court enter an Order reflecting this stipulation.

Dated: June 9, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: James A. DiBoise (w/permission CTG)
James A. DiBoise
jdiboise@wsgr.com

Attorneys for Plaintiff
Actuate Corporation

| | | |
|---|---|---|
| 1 | Dated: June 9, 2009 | HOWREY LLP |
| 2 | | |
| 3 | | By: /s/ Benjamin K. Riley |
| 4 | | Benjamin K. Riley<br>rileyb@howrey.com |
| 5 | | Attorneys for Defendant |
| 6 | | JPMorgan Chase Bank, N.A., as Acquirer of<br>Certain Assets and Liabilities of Washington<br>Mutual Bank |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                The Honorable Susan Illston
                                United States District Judge