JAMES A. DiBOISE, State Bar No. 83296
jdiboise@wsgr.com
CHARLES T. GRAVES, State Bar No. 197923
tgraves@wsgr.com
BRIAN G. MENDONCA, State Bar No. 209728
bmendonca@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Plaintiff
ACTUATE CORPORATION

BENJAMIN K. RILEY, State Bar No. 112007
rileyb@howrey.com
JAYNE LAIPRASERT, State Bar No. 256930
laiprasertj@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4950
Facsimile: (415) 848-4999

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
As Acquirer of Certain Assets and Liabilities of
Washington Mutual Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a Delaware corporation, as Acquirer of Certain Assets and Liabilities of WASHINGTON MUTUAL BANK, a Washington corporation,<br><br>Defendant. | CASE NO.: CV 08-2918 SI<br><br>**STIPULATION REGARDING MEDIATION**<br><br>Hon. Susan Illston<br><br>Complaint Filed: June 11, 2008<br>Trial Date: December 7, 2009 |

Plaintiff Actuate Corporation ("Actuate") and Defendant JPMorgan Chase Bank, N.A., as Acquirer of Certain Assets and Liabilities of Washington Mutual Bank ("Washington Mutual"), hereby submit this stipulation regarding mediation.

(1) *Recent Mediation*:  The parties attended a mediation in May 2009; the case did not settle at that time;

(2) *Recent CMC*:  During a June 24, 2009 CMC, the Court ordered the parties to "participate in a further mediation session during the week of August 17, 2009, or before August 26, 2009," and to file a stipulation regarding their plans;

(3) *September 11 Mediation*:  The parties hereby stipulate to a September 11, 2009 mediation session before Anthony Piazza, and have so informed Daniel Bowling of the Court's ADR Program.  Dates between August 17 and August 26, 2009 were either unavailable or conflicted with the parties' respective schedules.

Dated:  August 12, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ James A. DiBoise
    James A. DiBoise
    jdiboise@wsgr.com
    Charles T. Graves
    tgraves@wsgr.com

Attorneys for Plaintiff
Actuate Corporation


Dated:  August 12, 2009

HOWREY LLP


By: /s/ Benjamin K. Riley
    Benjamin K. Riley
    rileyb@howrey.com

Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
As Acquirer of Certain Assets and
Liabilities of Washington Mutual Bank

STIPULATION REGARDING MEDIATION
CASE NO. CV 08-2918 SI
DM_US:22208769_1

-1-

1  I, Charles T. Graves am the ECF User whose identification and password are being used to file this STIPULATION REGARDING MEDIATION.  In compliance with General Order 45.X.B, I hereby attest that Benjamin K. Riley has concurred in this filing.

Dated:  August 12, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Charles T. Graves
    Charles T. Graves

Attorneys for Plaintiff
Actuate Corporation

*IT IS SO ORDERED*
*[Signature] Judge Susan Illston*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION REGARDING MEDIATION
CASE NO. CV 08-2918 SI
DM_US:22208769_1

-2-