1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  CHARLES TAIT GRAVES, State Bar No. 197923
   Email: tgraves@wsgr.com
3  BRIAN MENDONCA, State Bar No. 209728
   Email: bmendonca@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  One Market Street
   Spear Tower, Suite 3300
6  San Francisco, CA 94105
   Telephone: (415) 947-2000
7  Facsimile:  (415) 947-2099

8  Attorneys for Plaintiff
   ACTUATE CORPORATION
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12  ACTUATE CORPORATION, a Delaware          Case No. C08-2918 SI,
    corporation,

13              Plaintiff,
                                             **STIPULATION AND [PROPOSED]**
14        v.                                 **ORDER FOR FILING AMENDED**
                                             **COMPLAINT**
15  JPMORGAN CHASE BANK, N.A., a Delaware
    corporation, as Acquirer of Certain Assets and
16  Liabilities of WASHINGTON MUTUAL BANK,
    a Washington corporation,                 Complaint Filed:  June 11, 2008
17                                            Trial Date: December 7, 2009
                Defendant.
18

STIPULATION TO FILE AMENDED COMPLAINT

WHEREAS, the Complaint for Breach of Contract and Copyright Infringement was filed in this action on June 11, 2008;

WHEREAS, fact discovery closed on August 10, 2009, and trial is currently scheduled to begin on December 7, 2009;

WHEREAS, Defendant asserts various affirmative defenses, alleging that the October 2004 contract between the parties should fail;

WHEREAS, the purpose of the additional claim in the amended complaint is to make explicit on the record that Plaintiff seeks recovery under an equitable theory if Defendant's affirmative defenses proved successful (the parties reserve all of their respective arguments on these issues);

WHEREAS, the parties therefore agree that the filing of the amended complaint will not require modifying any of the currently scheduled deadlines or trial date, and will not require re-opening fact discovery;

WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary motion practice and have agreed that Plaintiff may file the amended complaint in the form attached hereto as Exhibit A, which contains an additional claim for quantum meruit/quantum valebant;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. Plaintiff shall be permitted to file the Amended Complaint for Breach of Contract, Copyright Infringement and Quantum Meruit/Quantum Valebant;

2.    Defendant shall be permitted to respond within 20 calendar days of the entry of the order on this stipulation.

Dated: August 11, 2009    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Charles T. Graves
    Charles T. Graves

Wilson Sonsini Goodrich & Rosati
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: 415-947-2000
Facsimile: 415-947-2099

Attorneys for Plaintiff
Actuate Corporation

Dated: August 11, 2009    HOWREY LLP

By: /s/ Benjamin K. Riley
    Benjamin K. Riley

Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415-848-4900
Facsimile: 415-848-4999

Attorneys for Defendant
JP Morgan Chase Bank, N.A., as Acquirer of
Certain Assets and Liabilities of WASHINGTON
MUTUAL BANK

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court shall file the amended complaint, attached hereto.

IT IS FURTHER ORDERED that Defendant shall have 20 calendar days from the entry of this order to respond to the amended complaint.

_____
Hon. Susan Illston
United States District Judge

STIPULATION TO FILE AMENDED COMPLAINT     -3-

1  I, Charles T. Graves am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR FILING AMENDED COMPLAINT. In compliance with General Order 45.X.B, I hereby attest that Benjamin K. Riley has concurred in this filing.

Dated: August 11, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Charles T. Graves
     Charles T. Graves

Attorneys for Plaintiff
Actuate Corporation

-8-