1  JAMES A. DIBOISE, State Bar No. 83296
   jdiboise@wsgr.com
2  CHARLES T. GRAVES, State Bar No. 197923
   tgraves@wsgr.com
3  BRIAN G. MENDONCA, State Bar No. 209728
   bmendonca@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105
6  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
7
   Attorneys for Plaintiff
8  ACTUATE CORPORATION

9  BENJAMIN K. RILEY, State Bar No. 112007
   rileyb@howrey.com
10 JAYNE LAIPRASERT, State Bar No. 256930
   laiprasertj@howrey.com
11 HOWREY LLP
   525 Market Street, Suite 3600
12 San Francisco, CA 94105-2708
   Telephone: (415) 848-4950
13 Facsimile: (415) 848-4999

14 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.,
15 As Acquirer of Certain Assets and Liabilities of
   Washington Mutual Bank
16

17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19

20 ACTUATE CORPORATION, a Delaware          ) CASE NO.: CV 08-2918 SI
   corporation,                              )
21                                           ) **STIPULATION REGARDING CASE**
              Plaintiff,                     ) **SCHEDULING**
22                                           )
          v.                                 )
23                                           ) Hon. Susan Illston
   JPMORGAN CHASE BANK, N.A., a Delaware    )
24 corporation, as Acquirer of Certain Assets and ) Complaint Filed: June 11, 2008
   Liabilities of WASHINGTON MUTUAL         ) Trial Date: December 7, 2009
25 BANK, a Washington corporation,           )
                                             )
26            Defendant.                     )

27

28

STIPULATION REGARDING CASE SCHEDULING
CASE NO. CV 08-2918 SI
DM_US:22208769_1

Plaintiff Actuate Corporation ("Actuate") and Defendant JPMorgan Chase Bank, N.A., as Acquirer of Certain Assets and Liabilities of Washington Mutual Bank ("Washington Mutual"), hereby submit this stipulation regarding the case schedule.

(1)  *Recent Mediation*:  The parties attended a mediation on September 11, 2009, and expect to enter into an out-of-court resolution;

(2)  *Current Case Schedule*:  Under the current schedule, the last day for expert depositions is September 25, 2009, and the motion deadlines are October 2 for opening briefs, October 16 for opposition briefs, and October 23 for reply briefs, with a hearing set for November 6;

(3)  *Stipulated Case Schedule*:  While the parties are currently finalizing the expected resolution, they wish to extend the case schedule by two weeks to avoid missing any deadlines. Accordingly, the parties hereby stipulate to extend the expert deposition deadline to October 9, 2009.  The parties likewise hereby stipulate to extend the motion dates to October 16, October 30, and November 6, 2009, with a hearing on November 20, 2009, if such dates are convenient for the Court.

(4)  The parties respectfully request that the Court enter an Order reflecting this stipulation.

Dated:  September 25, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ James A. DiBoise
James A. DiBoise
jdiboise@wsgr.com
Charles T. Graves
tgraves@wsgr.com

Attorneys for Plaintiff
Actuate Corporation

STIPULATION REGARDING CASE SCHEDULING
CASE NO. CV 08-2918 SI
DM_US:22208769_1

-1-

| | | |
|---|---|---|
| Dated: September 25, 2009 | | HOWREY LLP |

By: /s/ Benjamin K. Riley
Benjamin K. Riley
rileyb@howrey.com

Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
As Acquirer of Certain Assets and
Liabilities of Washington Mutual Bank

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____    _____
The Honorable Susan Illston
United States District Judge

STIPULATION REGARDING CASE SCHEDULING
CASE NO. CV 08-2918 SI                    -2-
DM_US:22208769_1

1 |     I, Charles T. Graves, am the ECF User whose identification and password are being used to file this STIPULATION REGARDING CASE SCHEDULING.  In compliance with General Order 45.X.B, I hereby attest that BENJAMIN K. RILEY has concurred in this filing.

Dated:   September 25, 2009

                WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation


                By: /s/ Charles T. Graves
                      Charles T. Graves