JAMES A. DiBOISE, State Bar No. 83296
jdiboise@wsgr.com
CHARLES T. GRAVES, State Bar No. 197923
tgraves@wsgr.com
BRIAN G. MENDONCA, State Bar No. 209728
bmendonca@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Plaintiff
ACTUATE CORPORATION

BENJAMIN K. RILEY, State Bar No. 112007
rileyb@howrey.com
JAYNE LAIPRASERT, State Bar No. 256930
laiprasertj@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4950
Facsimile: (415) 848-4999

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
As Acquirer of Certain Assets and Liabilities of
Washington Mutual Bank

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTUATE CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., a Delaware corporation, as Acquirer of Certain Assets and Liabilities of WASHINGTON MUTUAL BANK, a Washington corporation, <br><br> Defendant. | CASE NO.: CV 08-2918 SI <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); [PROPOSED] ORDER THEREON** <br><br> Hon. Susan Illston <br><br> Complaint Filed: June 11, 2008 <br> Trial Date: December 7, 2009 |

1  **STIPULATION**

2      IT IS HEREBY STIPULATED by and between Plaintiff Actuate Corporation and

3  Defendant JPMorgan Chase Bank, N.A., as Acquirer of Certain Assets and Liabilities of

4  Washington Mutual Bank, that this entire Action, including all claims asserted in Plaintiff's

5  Amended Complaint For Breach Of Contract, Copyright Infringement, and Quantum

6  Meruit/Quantum Valebant, be dismissed with prejudice, pursuant to Federal Rule of Civil

7  Procedure 41(a)(1)(A)(ii).

8

9  Dated: September 30, 2009          WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation
10

11
                                       By: _____
12                                          James A. DiBoise
                                            jdiboise@wsgr.com
13                                          Charles T. Graves
                                            tgraves@wsgr.com
14
                                       Attorneys for Plaintiff
15                                     Actuate Corporation

16

17 Dated: September 30, 2009          HOWREY LLP

18

19                                     By: _____
                                            Benjamin K. Riley
20                                          rileyb@howrey.com

21                                     Attorneys for Defendant
                                       JPMorgan Chase Bank, N.A.,
22                                     As Acquirer of Certain Assets and
                                       Liabilities of Washington Mutual Bank
23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties and good cause shown therefor, this entire

3  Action, including all claims asserted in Plaintiffs' Amended Complaint For Breach Of Contract,

4  Copyright Infringement, and Quantum Meruit/Quantum Valebant, is hereby dismissed with

5  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

6

7  Dated: _____          _____

8  The Honorable Susan Illston
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        I, Charles T. Graves, am the ECF User whose identification and password are being used

2    to file this STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO

    FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); [PROPOSED] ORDER

3    THEREON.  In compliance with General Order 45.X.B, I hereby attest that BENJAMIN K.

    RILEY has concurred in this filing.

4

5    Dated:   September 30, 2009                   WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

6

7

                                            By: /s/ Charles T. Graves

8                                           Charles T. Graves

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL OF ACTION;
]PROPOSED] ORDER
CASE NO. CV 08-2918 SI